Wolf, Pennella & Stevens, LLP
Paul Delano Wolf, SBN 78624
James R. Stevens, SBN 286646
717 Washington Street
Oakland, CA 94607
P. (510) 451-4600
F. (510) 451-3002

Counsel for Defendant
ANDRE GRIFFIN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No.: CR 12-526 PJH |
| ) | |
| Plaintiff, ) | STIPULATION AND [PROPOSED] |
| ) | ORDER CONTINUING DATE OF |
| ) | DETENTION HEARING |
| v. ) | |
| ) | Date: December 1, 2016 |
| ANDRE GRIFFIN, ) | Time: 9:30 a.m. |
| ) | |
| Defendant. ) | |
| ) | |

## STIPULATION

IT IS HEREBY STIPUALTED BY THE PARTIES, through undersigned counsel, that the detention hearing date in this case currently set for December 1, 2016 at 9:30 a.m. be continued to December 5, 2016.  Defense counsel is unavailable on December 1, 2016 – Paul Wolf was travelling out of state at the time this date was set by the Court and will not return until December 4, and James Stevens must appear at an administrative hearing that was scheduled over a month prior.

//

//

//

STIPULATION AND ORDER CONTINUING DETENTION HEARING                                                        1
[CR 12-526 PJH]

1  IT IS SO STIPULATED.

2  DATED: November 29, 2016                      Respectfully submitted,

3                                                Wolf, Pennella & Stevens, LLP
                                                 Paul Delano Wolf

4                                                _____/s/_____
5                                                James R. Stevens
                                                 Attorneys for Defendant Andre Griffin

6

7  DATED: November 30, 2016                     BRIAN STRETCH
                                                 UNITED STATES ATTORNEY
8

9                                                _____/s/_____
                                                 S. Waqar Hasib
10                                               Assistant United States Attorney

11

12

13                              **[PROPOSED] ORDER**

14  Based upon the above Stipulation, and for good cause appearing, THE COURT ORDERS THAT

15  the detention hearing in this case be continued from December 1, 2016 to December 5, 2016 at 9:30 a.m.

    IT IS SO ORDERED.
16

17  DATED: ___12/1_____, 2016                   _Kandis Westmore_____
                                                 United States Magistrate Judge
18

STIPULATION AND ORDER CONTINUING DETENTION HEARING                                2
[CR 12-526 PJH]