1  BRIAN J. STRETCH (CABN 163973)
   United States Attorney

2
   BARBARA J. VALLIERE (DCBN 439353)
3  Chief, Criminal Division

4  S. WAQAR HASIB (CABN 234818)
   Assistant United States Attorney

5
       1301 Clay Street, Suite 340S
6      Oakland, California 94612
       Telephone: (510) 637-3680
7      Facsimile: (510) 637-3724
       Waqar.Hasib@usdoj.gov

8
   Attorneys for United States of America
9

10                    UNITED STATES DISTRICT COURT

11                 NORTHERN DISTRICT OF CALIFORNIA

12                         OAKLAND DIVISION

13  UNITED STATES OF AMERICA,          )   CR 12-00526 PJH
                                       )
14          Plaintiff,                 )   [PROPOSED] ORDER OF DETENTION
                                       )
15      v.                             )
                                       )
16  ANDRE GRIFFIN,                     )
                                       )
17          Defendant.                 )
                                       )
18  _____   )

19         On December 8, 2016, the defendant appeared at a detention hearing on the Form 12 filed on

20  November 15, 2016.  The government, represented by Special Assistant U.S. Attorney Erin Cornell on

21  behalf of undersigned counsel, moved for detention.  The Court has carefully considered the proffers of

22  the government and the defendant's counsel, along with the information provided by the U.S. Probation

23  Officer.  For the reasons set forth below, as well as those stated on the record on December 8, 2016, the

24  Court finds that the defendant has failed to meet his burden of showing that he will not pose a serious

25  flight risk or a danger to the community by clear and convincing evidence.  Therefore, the Court orders

26  that the defendant be detained.

27      **I.      LEGAL STANDARD**

28         Pursuant to Fed. R. Crim. P. 32.1(a)(6), for supervised release violation proceedings, the burden

[PROPOSED] ORDER OF DETENTION
CR 12-00526 PJH                           1

1  rests with the defendant to show, by clear and convincing evidence, that he will not flee the jurisdiction

2  or pose a danger to the community.

3  **II.     ANALYSIS**

4       For the reasons stated on the record on December 8, 2016, the Court finds that the defendant has

5  failed to meet his burden to show, by clear and convincing evidence, that he will not pose a serious

6  flight risk or a danger to the community.  The Court notes that, because the crimes alleged in the Form

7  12 are felonies, there is a presumption that there are no condition or combination of condition that would

8  ensure the defendant's appearance in court or that he does not pose a danger to the community.  The

9  defendant has not offered any new information to meet his burden or to overcome the presumption.  His

10 conduct has demonstrated that he cannot or will not comply with the terms and conditions of his

11 supervised release, the instructions of his probation officer, or the orders of the Court.

12 **III.    CONCLUSION**

13      For the reasons set forth herein, as well as those stated on the record on December 8, 2016, the

14 Court hereby finds that the defendant has failed to meet his burden to show, by clear and convincing

15 evidence, that he will not pose a serious flight risk or a danger to the community.

16      Therefore, the Court ORDERS that the defendant be detained.

17

18 IT IS SO ORDERED.

19

20 DATED: December _21_, 2016

21 HONORABLE KANDIS A. WESTMORE
   United States Magistrate Judge

22

23

24

25

26

27

28

[PROPOSED] ORDER OF DETENTION
CR 12-00526 PJH                              2