# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### Oakland Venue

---

### Report on Offender Under Supervision

---

**Name of Offender**                                **Docket Number**
Andre Ladelle Griffin                               0971 4:12CR00526-001 PJH

**Name of Sentencing Judge:**   The Honorable Phyllis J. Hamilton
Chief United States District Judge

**Date of Original Sentence:**   October 24, 2012

**Original Offense:** Count One: Conspiracy to Distribute/Possess With Intent to Distribute Controlled Substance, in violation of 21 U.S.C. §§ 846, 841(a)(1) and (b)(1)(B), a Class B felony.

**Original Sentence:** Sixty (60) months imprisonment, followed by five years' supervised release.

**Special Conditions:** $100 special assessment; participate in a program of testing and treatment for drug abuse; register as a drug offender; warrantless search, no possession of any firearms, ammunition, destructive devices, or other dangerous weapons, and cooperate in the collection of DNA.

**Prior Form(s) 12:** On September 8, 2016, a Request for Modifying the Conditions or Term of Supervision was submitted alleging that Mr. Griffin traveled without permission from the probation officer and smoked marijuana. On September 15, 2016, Your Honor modified Mr. Griffin's conditions of supervision accordingly.

On October 24, 2016, Your Honor took Judicial Notice of positive drug tests for marijuana on September 24, and October 11, 2016.

On November 15, 2016, a Petition for Arrest Warrant for Offender Under Supervision was filed alleging Mr. Griffin violated the conditions of supervision by committing a new law violation, testing positive for marijuana, and being discharged from the RRC.

On December 2, 2016, an Amended Petition for Warrant was filed to take notice of the addition of charge four, alleging that Mr. Griffin committed a new law violation.

On March 15, 2017, Mr. Griffin was revoked for testing positive for marijuana and being discharged from the RRC. He was sentenced to six (6) months custody followed by four (4) years supervised release and the previously imposed conditions.

RE:    Griffin, Andre Ladelle                                                                                       2
       0971 4:12CR00526-001 PJH

**Type of Supervision**                          **Date Supervision Commenced**
Supervised Release                               May 17, 2017
**Assistant U.S. Attorney**                      **Defense Counsel**
Wai Shun Wilson Leung                            Paul Delano Wolf (Appointed)

---

### Petitioning the Court to Take Judicial Notice

#### Cause

Charge Number             Violation

One                       There is probable cause to believe that Mr. Griffin violated standard condition number seven that states the defendant shall not purchase, posses, use, distribute, or administer any controlled substances or paraphernalia related to any controlled substances, except as prescribed by a physician.

                          On November 2, 2018, Mr. Griffin reported to the Probation Office to meet with this officer. During the office contact, he submitted to urinalysis testing, and produced a specimen which tested presumptive positive for the presence of THC. Prior to testing, he admitted to using marijuana two days prior.

                          Evidence in support of this charge can be obtained in the Northern District of California NIDT questionnaire dated November 2, 2018, and the Northern District of California Admission/Denial Report of Drug Use and/or Positive Urinalysis.

#### Action Taken and Reason

Mr. Griffin has been admonished for his drug use and has been informed that future instances of substance abuse could be met with adverse Court action. He stated he understood and has agreed to discontinue any and all drug use. The Probation Office respectfully recommends Your Honor take judicial notice of the abovementioned drug use and take no further action against Mr. Griffin at this time. Should Mr. Griffin continue to use illicit substances, Your Honor will be notified and an appropriate course of action will be recommended.

Respectfully submitted,                          Reviewed by:

Shonte Brittle                                   Michael J. Primeau
U.S. Probation Officer                           Supervisory U.S. Probation Officer
Date Signed: November 7, 2018

NDC-SUPV-FORM 12A   4/6/2015

**RE:**    Griffin, Andre Ladelle                                                                                    3
           0971 4:12CR00526-001 PJH

---

THE COURT ORDERS:

☑    The Court concurs and takes judicial notice

☐    Submit a request to modify supervision

☐    Submit a request for a warrant

☐    Submit a request for summons

☐    Other:

November 7, 2018

_____          _____
Date                                       Phyllis J. Hamilton
                                           Chief United States District Judge