# UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF CALIFORNIA
**Oakland Venue**

### Report on Offender Under Supervision

**Name of Offender**
Andre Ladelle Griffin

**Docket Number**
0971 4:12CR00526-001 PJH

**Name of Sentencing Judge:**  The Honorable Phyllis J. Hamilton
Chief United States District Judge

**Date of Original Sentence:**  October 24, 2012

**Original Offense:** Count One: Conspiracy to Distribute/Possess with Intent to Distribute Controlled Substances, in violation of 21 U.S.C. § 846, 841(a)(1) and (b)(1)(B), a Class B felony.

**Original Sentence:** 60 months custody; 5 years supervised release.

**Special Conditions:**  $100 special assessment; participate in a program of testing and treatment for drug abuse; register as a drug offender; warrantless search; no possession of any firearms, ammunition, destructive devices, or other dangerous weapons, and cooperate in the collection of DNA.

**Prior Form(s) 12:** On September 8, 2016, a Request for Modifying the Conditions or Term of Supervision was submitted alleging Mr. Griffin left the district without permission from the probation officer, used opiates and smoked marijuana. On September 15, 2016, Your Honor modified Mr. Griffin's conditions of supervision to include RRC placement.

On October 24, 2016, Your Honor took Judicial Notice of positive drug tests for marijuana on September 24, 2016, and October 11, 2016.

On November 15, 2016, a Petition for Arrest Warrant for Offender Under Supervision was filed alleging Mr. Griffin violated the conditions of supervision by committing a new law violation, testing positive for marijuana, and being discharged from the RRC.

On December 2, 2016, an Amended Petition for Warrant was filed to take notice of the addition of charge four, alleging that Mr. Griffin committed a new law violation.

On March 15, 2017, Mr. Griffin's supervision was. He was sentenced to six (6) months custody followed by four (4) years supervised release and the previously imposed conditions.

On November 7, 2018, the Court took Judicial Notice of Mr. Griffin's use of illicit substances.

**RE:**    Griffin, Andre Ladelle                                                                    2
           0971 4:12CR00526-001 PJH

On January 23, 2019, Mr. Griffin's supervision was transferred to the Northern District of Georgia.

| **Type of Supervision** | **Date Supervision Commenced** |
|---|---|
| Supervised Release | May 17, 2017 |
| **Assistant U.S. Attorney** | **Defense Counsel** |
| Wai Shun Wilson Leung | Paul Delano Wolf  (Appointed) |

### Petitioning the Court to Take Judicial Notice

### Cause

| Charge Number | Violation |
|---|---|

One

There is probable cause to believe Mr. Griffin violated standard condition number seven that states the defendant shall not purchase, posses, use, distribute, or administer any controlled substances or paraphernalia related to any controlled substances or paraphernalia related to any controlled substances, except as prescribed by a physician.

On January 31, 2019, Mr. Griffin reported to the Northern District of Georgia Probation Office for a routine urinalysis; he produced a specimen that was presumptive positive for marijuana. Mr. Griffin signed an admission wavier and admitted to using marijuana on January 29, 2019.

Evidence in support of this charge can be obtained from the Probation Office's case note dated May 2, 2019, and the admission report dated January 31, 2019.

On March 18, 2019, Mr. Griffin submitted a presumptive positive drug screen for marijuana. Mr. Griffin signed an admission wavier and admitted to using marijuana on March 16, 2019.

Evidence in support of this charge can be obtained from the Probation Office's case note dated May 2, 2019, and the admission report dated March 18, 2019.

| Charge Number | Violation |
|---|---|

Two

There is probable cause to believe Mr. Griffin violated special condition number two which states in part, that he shall participate in a program of testing and treatment for drug abuse, as directed by the probation officer.

RE:    Griffin, Andre Ladelle                                                                  3
       0971 4:12CR00526-001 PJH

On March 7, 2019, and March 25, 2019, Mr. Griffin failed to report for scheduled drug testing at the location specified by his supervising officer.

On April 18, 2019, Mr. Griffin did not report to the Atlanta Family Counseling for his group substance abuse counseling session.

Evidence in support of this charge can be obtained from the Probation Office's case note dated May 2, 2019, and the probation officers drug screen testing result log.

| Charge Number | Violation |
| --- | --- |
| Three | There is probable cause to believe Mr. Griffin violated standard condition number two which states, he shall report to the probation officer in a manner and frequency directed by the court or probation officer |

On May 10, 2019, this officer received notification that Mr. Griffin arrived at San Francisco International Airport on May 2, 2019 and was instructed by his probation officer in Georgia to report to the Oakland Office within 72 hours of arriving in the Northern District of California.

Mr. Griffin did not report to the Oakland Probation Office until May 13, 2019, after this officer contacted him numerous times and instruct him to report.

Evidence of this charge can be obtained from the Probation Office's case notes dated May 10, 2019, and May 13, 2019.

**Action Taken and Reason**

On May 13, 2019, Mr. Griffin was admonished for the above behavior and the use of illicit substances. Mr. Griffin is now back in the Northern District of California and has been referred to code a phone testing once a month and weekly group substance abuse counseling to address the use of illicit substances. It is respectfully requested that no disciplinary action be taken against Mr. Griffin at this time. Should Mr. Griffin continue to use illicit substances or fail to comply with substance abuse counseling, the Court will be notified, and an appropriate course of action will be recommended.

Respectfully submitted,                          Reviewed by:


Morgan Calhoun                                   Michael J. Primeau
U.S. Probation Officer                           Supervisory U.S. Probation Officer
Date Signed: May 31, 2019

RE:   Griffin, Andre Ladelle                                                              4
      0971 4:12CR00526-001 PJH

THE COURT ORDERS:

☑   The Court concurs and takes judicial notice

☐   Submit a request to modify supervision

☐   Submit a request for a warrant

☐   Submit a request for summons

☐   Other:


June 4, 2019
_____          _____
Date                                     Phyllis J. Hamilton
                                         Chief United States District Judge


NDC-SUPV-FORM 12A   4/6/2015